COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BUCK NOLAN BARHAM, an individual, <br><br>         Plaintiff, <br><br> vs. <br><br> NATIONAL BUSINESS FACTORS, INC. OF NEVADA, a Nevada Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, <br><br>         Defendants. | Case Number: <br> 2:21-cv-01930-JCM-NJK <br><br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |

     Notice is hereby given that Plaintiff, Buck Nolan Barham, and Defendant, Experian Information Solutions, Inc., (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Defendant Experian Information Solutions, Inc.

. . .

. . .

. . .

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 29th day of April, 2022.

COGBURN LAW

By:   */s/Erik W. Fox*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 29th day of April, 2022.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

   */s/Katie Johnson*
An employee of Cogburn Law