1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

| | |
|---|---|
| BUCK NOLAN BARHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL BUSINESS FACTORS, INC. OF NEVADA, a Nevada Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-01930-JCM-NJK<br><br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT NATIONAL BUSINESS FACTORS, INC. OF NEVADA ONLY** |

Plaintiff, Buck Nolan Barham ("Plaintiff") and Defendant, National Business Factors, Inc. of Nevada, by and through their respective attorneys of record, request that the above-captioned matter be dismissed with prejudice as to Defendant National Business Factors, Inc. of Nevada

Page 1 of 2

only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 2nd day of May, 2022.                    Dated this 2nd day of May, 2022.

COGBURN LAW

By: */s/Erik W. Fox*                                By: */s/Robert C. Herman*
    Jamie S. Cogburn, Esq.                          Robert C. Herman, Esq.
    Nevada Bar No. 8409                              Nevada Bar No. 963
    Erik W. Fox, Esq.                                24 Canyon Drive
    Nevada Bar No. 8804                              Carson City, NV 89703
    2580 St. Rose Parkway, Suite 330                 *Attorneys for National Business Factors,*
    Henderson, Nevada 89074                          *Inc. of Nevada*
    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

May 5, 2022
DATE