COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BUCK NOLAN BARHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL BUSINESS FACTORS, INC. OF NEVADA, a Nevada Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-01930-JCM-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |

Plaintiff, Buck Nolan Barham ("Plaintiff") and Defendant, Equifax Information Services LLC, by and through their respective attorneys of record, request that the above-captioned matter

be dismissed with prejudice as to Defendant Equifax Information Services LLC only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 6th day of June, 2022.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 6th day of June, 2022.

CLARK HILL PLLC

By: */s/Gia N. Marina*
    Gia N. Marina, Esq.
    Nevada Bar No. 15276
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, NV 89169
    *Attorney for Equifax Information Services LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

June 10, 2022
DATE