1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, NV 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8                     **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

| | |
|---|---|
| BUCK NOLAN BARHAM, an individual, | Case Number: 2:21-cv-01930-JCM-NJK |
| Plaintiff, | |
| vs. | |
| NATIONAL BUSINESS FACTORS, INC. OF NEVADA, a Nevada Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, | **JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |
| Defendant. | |

Plaintiff, Buck Nolan Barham ("Plaintiff") and Defendant, Trans Union LLC, by and through their respective attorneys of record, request that the above-captioned matter be dismissed

with prejudice as to Defendant Trans Union LLC only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

Dated this 6th day of July, 2022.

COGBURN LAW

By: /s/Erik W. Fox
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, NV 89074
    *Attorneys for Plaintiff*

Dated this 6th day of July, 2022.

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

By: /s/Rachael Swernofsky
    Rachael Swernofsky Esq.
    Nevada Bar No. 15465
    6900 N. Dallas Parkway, Suite 800
    Plano, Texas 75024
    *Attorneys for Trans Union LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

July 11, 2022
_____
DATE