1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, NV 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8                        **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10 | BUCK NOLAN BARHAM, an individual, | Case Number:
   |                                    | 2:21-cv-01930-JCM-NJK
11 | Plaintiff, |
12 | vs.        |
13 | NATIONAL BUSINESS FACTORS, INC. | **STIPULATION OF DISMISSAL OF**
   | OF NEVADA, a Nevada Corporation; | **DEFENDANT EXPERIAN**
14 | EQUIFAX INFORMATION SERVICES    | **INFORMATION SOLUTIONS, INC.**
   | LLC, a Foreign Limited-Liability Company; | **WITH PREJUDICE**
15 | EXPERIAN INFORMATION SOLUTIONS, |
   | INC., a Foreign Corporation; and TRANS |
16 | UNION LLC, a Foreign Limited-Liability |
   | Company, |
17 |          |
   | Defendant. |
18

19       IT IS HEREBY STIPULATED by and between Plaintiff, Buck Nolan Barham ("Plaintiff")

20 and Defendant, Experian Information Solutions, Inc. ("Defendant"), by and through their

21 respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-

22

23

24

captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 12th day of July, 2022.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, NV 89074
    *Attorneys for Plaintiff*

Dated this 12th day of July, 2022.

NAYLOR & BRASTER

By: */s/Benjamin B. Gordon*
    Jennifer L. Braster, Esq.
    Nevada Bar No. 9982
    Benjamin B. Gordon, Esq.
    Nevada Bar No. 15552
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145
    *Attorneys for Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

July 19, 2022
_____
DATE